NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: AFFINITY LABS OF TEXAS, LLC,**
*Appellant*

---

2016-1092, -1172

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. 95/001,223, 95/001,264, and 90/010,333.

-------------------------------------------------------------------------------

**In re: AFFINITY LABS OF TEXAS, LLC,**
*Appellant*

---

2016-1173

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/001,266.

---

**ON MOTION**

---

**O R D E R**

Affinity Labs of Texas, LLC moves to extend by 17 days, to January 25, 2016, the time to file its opening brief in Appeal No. 2016-1173.

Affinity Labs also informs the court that during the reexaminations underlying the above-captioned appeals, the third-party requester notified the United States Patent and Trademark Office that it would no longer participate in the reexaminations from the date of the notice.

The third-party requester has not yet filed entries of appearance, and the time for such filings are past due.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official captions are reflected above.

(2) A copy of this order shall be transmitted to the Director of the Patent and Trademark Office to inform the Director that the appellee is not participating in these appeals. No later than 14 days from the date of filing of this order, the Director of the United States Patent and Trademark Office is directed to inform this court whether she intends to intervene in these appeals.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31